# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ZIMMERMAN, a minor, by his parents and natural guardian, MIRA ZIMMERMAN, and MIRA ZIMMERMAN, in her own right, | Civil Action No. 2:12-cv-01610-GLL |
| Plaintiffs, | |
| vs. | |
| LANDSCAPE STRUCTURES INC., a corporation, | |
| Defendant. | |

## ORDER OF COURT

AND NOW, to wit, this 28th day of March 2013, after consideration of Defendant Landscape Structures Inc.'s Motion to Excuse Insurance Adjuster's Presence at Mediation, it is hereby ORDERED, ADJUDGED and DECREED that the same is GRANTED. Defendant Landscape Structures Inc.'s insurance representative, Fred Clark, is excused from attending the mediation of April 22, 2013 commencing at 1:30 p.m. in person, and may participate in the same by telephone.

BY THE COURT:

s/Gary L. Lancaster, C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge

{PI278411.1}